ADAM C. BROWN (SBN 161951)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for DEFENDANT TRC HOLDINGS, INC.

UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ALVAREZ ZARDAIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IPACPA US, INC., a Delaware corporation, TRC HOLDINGS, INC., a Delaware corporation, and DOES 1-20<br><br>Defendants. | Case No.: 2:15-cv-01207-MCE-EFB<br><br>**ORDER TO MODIFY PRETRIAL SCHEDULING ORDER REGARDING DISCOVERY COMPLETION DATE** |

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Enrique Alvarez Zardain and Defendant TRC Holdings, Inc. have stipulated to modify the discovery completion date set forth in the Pretrial Scheduling Order. The stipulating parties seek to extend the discovery completion date of August 15, 2016, by 60 days, to October 14, 2016.

Having considered the stipulation of the parties, and the facts and reasons underlying the parties' request for an extension of the discovery completion deadline, and good cause appearing therefor,

///

///

1     The Pretrial Scheduling Order on file herein is modified to extend the discovery
2 completion date from August 15, 2016 to October 14, 2015.  All other provisions and completion
3 dates set forth in the Pretrial Scheduling Order shall remain unchanged.
4     IT IS SO ORDERED.
5 Dated:  April 19, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER TO MODIFY PRETRIAL SCHEDULING ORDER REGARDING
DISCOVERY COMPLETION DATE