DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
CHRISTOPHER B. BURTON (Bar No. 296582)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
jdreher@downeybrand.com
cburton@downeybrand.com

Attorneys for Plaintiff
ENRIQUE ALVAREZ ZARDAIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ALVAREZ ZARDAIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IPACPA US, INC., a Delaware corporation, TRC HOLDINGS, INC., a Delaware corporation, and DOES 1-20,<br><br>Defendants. | CASE NO. 2:15-cv-01207-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION SEEKING RELIEF FROM PRETRIAL SCHEDULING ORDER**<br><br>Date:   December 1, 2016<br>Time:   2:00 p.m.<br>Dept.:   Courtroom 7<br>Judge:   Hon. Morrison C. England |

## **RECITALS**

A. On October 18, 2016, Plaintiff Enrique Alvarez Zardain ("Plaintiff") filed his Motion Seeking Relief From Pretrial Scheduling Order (the "Motion"). (Dkt. No. 37.) The Motion is currently set for hearing on December 1, 2016 at 2:00 p.m.

B. The parties are discussing a settlement that would resolve this action in its entirety and therefore wish to continue the current hearing date on the Motion, and all associated briefing deadlines, to avoid incurring additional attorneys' fees at this time.

## **STIPULATION**

THEREFORE, it is hereby stipulated by the parties, by and through their attorneys of record, that:

1. The current hearing date of December 1, 2016 at 2:00 p.m. for Plaintiff's Motion

Seeking Relief From Pretrial Scheduling Order be vacated and continued to December 15, 2016, at 2:00 p.m.

    2.    Defendant TRC Holdings, Inc.'s opposition and Plaintiff's reply will be due to be filed and served in accordance with the Local Rules of Practice of the United States District Court, Eastern District of California, on the basis of the continued hearing date.

DATED:  November 15, 2016    DOWNEY BRAND LLP

By:    */s/ Christopher B. Burton*
JAMIE P. DREHER
CHRISTOPHER B. BURTON
Attorneys for Plaintiff
Enrique Alvarez Zardain

DATED:  November 15, 2016    HILL RIVKINS BROWN & ASSOCIATES

By:  */s/ Adam C. Brown (as authorized on 11-14-16)*
ADAM C. BROWN
Attorneys for Defendant
TRC Holdings, Inc.

### ORDER

In accordance with the foregoing stipulation, and good cause appearing, the hearing on Plaintiff's Motion Seeking Relief from Pretrial Scheduling Order (ECF No. 37) is hereby continued from December 1, 2016 to December 15, 2016 at 2:00 p.m.  The deadline for submitting any opposition or reply to said Motion shall be calculated under the Court's Local Rules pursuant to the continued hearing date.

IT IS SO ORDERED.

Dated:  November 16, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE