DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
CHRISTOPHER B. BURTON (Bar No. 296582)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100
jdreher@downeybrand.com
cburton@downeybrand.com

Attorneys for Plaintiff
ENRIQUE ALVAREZ ZARDAIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ALVAREZ ZARDAIN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>IPACPA US, INC., a Delaware corporation, TRC HOLDINGS, INC., a Delaware corporation, and DOES 1-20,<br><br>　　　　　　　Defendants. | CASE NO.  2:15-cv-01207-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION SEEKING RELIEF FROM PRETRIAL SCHEDULING ORDER**<br><br>Date:　　December 15, 2016<br>Time:　　2:00 p.m.<br>Dept.:　　Courtroom 7<br>Judge:　　Hon. Morrison C. England |

## **RECITALS**

　　　A.　　On October 18, 2016, Plaintiff Enrique Alvarez Zardain ("Plaintiff") filed his Motion Seeking Relief From Pretrial Scheduling Order (the "Motion"). (Dkt. No. 37.)  The Motion was originally set for hearing on December 1, 2016 at 2:00 p.m.

　　　B.　　On November 15, 2016, Plaintiff filed a Stipulation and Order to Continue Hearing on Motion Seeking Relief From Pretrial Scheduling Order, seeking to continue the hearing on the motion to December 15, 2016. (Dkt. No. 39.)  On November 17, 2016, the Court entered the Order continuing the hearing to December 15, 2016 at 2:00 p.m. (Dkt. No. 40.)

C. The parties continue to discuss a settlement that would resolve this action in its entirety and therefore wish to further continue the current hearing date on the Motion, and all associated briefing deadlines, to avoid incurring additional attorneys' fees at this time.

## **STIPULATION**

THEREFORE, it is hereby stipulated by the parties, by and through their attorneys of record, that:

1. The current hearing date of December 15, 2016 at 2:00 p.m. for Plaintiff's Motion Seeking Relief From Pretrial Scheduling Order be vacated and continued to January 12, 2017, at 2:00 p.m.

2. Defendant TRC Holdings, Inc.'s opposition to the Motion will be due to be filed on December 8, 2016, and Plaintiff's reply will be due to be filed on December 15, 2016.

DATED: November 30, 2016                           DOWNEY BRAND LLP


By: _____/s/ Christopher B. Burton_____
JAMIE P. DREHER
CHRISTOPHER B. BURTON
Attorneys for Plaintiff
Enrique Alvarez Zardain


DATED: November 30, 2016                           HILL RIVKINS BROWN & ASSOCIATES


By: __/s/ Adam C. Brown (as authorized on 11-30-16)__
ADAM C. BROWN
Attorneys for Defendant
TRC Holdings, Inc.


## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the hearing on Plaintiff's Motion Seeking Relief from Pretrial Scheduling Order is continued from December 15,

2016 to January 12, 2016 at 2:00 p.m.  Defendant TRC Holdings, Inc.'s opposition to the Motion is due December 8, 2016, and Plaintiff's reply must be filed not later than December 15, 2016.

IT IS SO ORDERED.

Dated:  December 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE