DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
CHRISTOPHER B. BURTON (Bar No. 296582)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:      (916) 444-2100
jdreher@downeybrand.com
cburton@downeybrand.com

Attorneys for Plaintiff
ENRIQUE ALVAREZ ZARDAIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ALVAREZ ZARDAIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IPACPA US, INC., a Delaware corporation, TRC HOLDINGS, INC., a Delaware corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  2:15-cv-01207-MCE-EFB<br><br>**STIPULATION AND ORDER TO STAY ACTION AS TO DEFENDANT TRC HOLDINGS, INC.** |

Plaintiff ENRIQUE ALVAREZ ZARDAIN ("Plaintiff") and Defendant TRC

HOLDINGS, INC. ("TRC") (collectively, the "Parties"), by and through their attorneys of record,

hereby stipulate and agree as follows:

**RECITALS**

A.      On or about June 4, 2015, Plaintiff filed his Complaint (the "Complaint") in this

action against Defendants IPACPA US, Inc. ("IPACPA") and TRC.  IPACPA has not appeared in

this action.

B.      On or about December 22, 2016, the Parties reached agreement on the terms of a

settlement for purposes of resolving Plaintiff's claims against TRC, which were memorialized in

a settlement agreement (the "Settlement Agreement").

C.      Pending TRC's performance under the Settlement Agreement, the Parties wish to

1463640.2

1

DOWNEY BRAND LLP

1    stay this action as to all claims asserted by Plaintiff against TRC, in order to avoid the time and

2    costs associated with unnecessary litigation.

3         E.      This Stipulation is limited to Plaintiff's claims against TRC and has no bearing on

4    Plaintiff's claims against IPACPA.  TRC agrees that it shall not oppose any actions taken by

5    Plaintiff to pursue his claims against IPACPA, despite any prior activity by TRC in this action.

6                                      **STIPULATION**

7         THEREFORE, it is hereby stipulated, by and between the Parties, through their designated

8    counsel, that:

9         1.      All further proceedings in this action, as they relate to all claims asserted by

10   Plaintiff against TRC in the Complaint, shall be stayed until July 31, 2019; unless sooner

11   dismissed by the Parties hereto.

12        2.      All deadlines and requirements associated with Plaintiff's claims against TRC in

13   this action, whether pursuant to the Federal Rules of Civil Procedure, Local Rules, or this Court's

14   Pretrial Scheduling Order entered on October 19, 2015, shall be continued until after the

15   expiration of the stay sought herein.

16        3.      The Parties expressly preserve all claims, defenses, objections, or legal arguments

17   they have or may have in the above-entitled action.  This Stipulation and the stay sought herein

18   shall not affect or impact the Parties' claims, defenses, objections, or arguments.

19        4.      The Parties agree to the tolling of any statute, rule, or court order requiring timely

20   prosecution of this action.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

1463640.2                                   2

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION

DOWNEY BRAND LLP

1    **IT IS SO STIPULATED.**

2

3    Dated:  February 9, 2017          DOWNEY BRAND LLP

4

5                                      By:____/s/ Jamie P. Dreher_____
                                             JAMIE P. DREHER
                                             CHRISTOPHER B. BURTON
6                                            Attorneys for Plaintiff
                                             Enrique Alvarez Zardain
7

8    Dated:  February 9, 2017          HILL RIVKINS BROWN & ASSOCIATES

9

10                                     By:____/s/ Adam C. Brown_____
                                             ADAM C. BROWN
11                                           Attorneys for Defendant
                                             TRC Holdings, Inc.
12

13

14                                        **ORDER**

15   **IT IS SO ORDERED.**

16   Dated:  February 9, 2017

17

18                                     _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

1463640.2                              3

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION

DOWNEY BRAND LLP