ADAM C. BROWN (SBN 161951)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for TRC HOLDINGS, INC.

UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ALVAREZ ZARDAIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>IPACPA US, INC., a Delaware corporation, TRC HOLDINGS, INC., a Delaware corporation, and DOES 1-20<br><br>Defendants. | Case No.: 2:15-cv-01207-MCE-EFB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF CLAIMS** |

Plaintiff ENRIQUE ALVAREZ ZARDAIN ("Plaintiff") and Defendant TRC HOLDINGS, INC. ("TRC") (together, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

**RECITALS**

A. On or about June 4, 2015, Plaintiff filed his Complaint (the "Complaint") in this action against Defendants IPACPA US, Inc. and TRC. IPACPA US, Inc. has not appeared in this action.

B. On or about December 22, 2016, the Parties reached agreement on the terms of a settlement for purposes of resolving Plaintiff's claims against TRC, which were memorialized in a settlement agreement (the "Initial Settlement Agreement") resulting in this Court entering a

stay of this action and a conditional dismissal pending satisfaction of the conditions of settlement.

    C.    On or about August 16, 2018 the Parties executed a Global Settlement Agreement and Release of All Claims (the "Global Release") resulting in the complete release, discharge and satisfaction of all conditions of the Settlement Agreement.

    D.    Pursuant to the terms of the Global Release, the Parties wish to dismiss the Complaint with prejudice and without costs to any Party as to all claims asserted by Plaintiff against TRC in this action.

## **STIPULATION**

THEREFORE, it is hereby stipulated, by and between the Parties hereto, through their attorneys of record, that all claims asserted by Plaintiff against TRC Holdings, Inc. in this action be and hereby are dismissed with prejudice and without costs to any Party pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction to enforce the terms of the Global Release.

IT IS SO STIPULATED.

Date: August 27, 2018                SELTZER MCMAHON VITEK

                                      By:   /s/ Hang Alexandra Do
                                             HANG ALEXANDRA DO
                                           Attorney for Plaintiff
                                           ENRIQUE ALAREZ ZARDAIN

Date: September 5, 2018           HILLS RIVKIN BROWN & ASSOCIATES

                                      By:   /s/ Adam C. Brown
                                           ADAM C. BROWN
                                           Attorney for Defendant
                                           TRC HOLDINGs INC.

/ / /

## **ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the above-entitled action is hereby dismissed, with prejudice, each side to bear its own costs. The matter having now been concluded in its entirety the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: November 5, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE